# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐ Misdemeanor ☐ Felony ☑ USAO No.:______ Case No.: M-24-760-SM

Charging Document: **Complaint** No. of Defendants: 2 Total No. of Counts: 2 Sealed: Y ☑ N ☐

Forfeiture: Y ☐ N ☑ OCDETF: Y ☐ N ☑ McGirt: Y ☐ N ☑ Warrant ☑ Summons ☐ Notice ☐

Companion Case No. (if any): A.Z.

**DEFENDANT INFORMATION:** By: **kh**

| | | | |
|---|---|---|---|
| Name: **NASIR AHMAD TAWHEDI** | | | |
| Alias(es): | | Address: OKC, OK 73139 | |
| | | FBI No.: | |
| DOB: 1997 | SSN: 2888 | Race: White | Interpreter: Y ☑ N ☐ |
| Sex: M ☑ F ☐ | Juvenile: Y ☐ N ☑ | Language/Dialect: Other Dari | |

**DEFENDANT STATUS/RECOMMENDATION:**

☐ Not in Custody ☑ Detention Requested

☐ Type of Bond:______

☑ In Custody at: Pottawatomie County

Inmate/Prisoner/Register No.:______

**PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

Complaint: Y ☐ N ☑

Magistrate Judge Case No.: MJ-

Previously Detained: Y ☐ N ☑

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender
☑ CJA Panel
☐ Retained

Name: Craig Hoehns
Address:
Phone:

AUSA: PERRY/DILLON/STONEMAN
Agent /Agency: FBI
Local Officer/Agency:

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2339B | Providing, attempting to provide, and conspiracy to provide material support and resources to a designated foreign terrorist organization. | NMT 20 years imprisonment; $250,000 fine, o/b; S/R any term of years or life, $100 SA |
| 2 | 18 U.S.C. § 924(h) | Knowingly receiving, conspiring to receive, and attempting to receive firearms and ammunition to be used to commit a felony or Federal crime of terrorism. | NMT 15 years imprisonment; $250,000.00 fine, o/b; S/R NMT 3 years; $100 SA |

**Signature of AUSA:** /Jessica Perry **Date:** 10/07/2024