IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| -vs- ) | No.  M-24-760-SM |
| NASIR AHMAD TAWHEDI, ) a/k/a "@Abu_Omir" ) | FILED UNDER SEAL |
| Defendant(s). ) | |

### ORDER SEALING COMPLAINT AND AFFIDAVIT

On this 8th day of October, 2024, for the reasons given in the government's Motion to Seal,

IT IS ORDERED that the Complaint, Affidavit, and Arrest Warrant in this matter, together with this Order and the Motion to Seal, be filed in the Office of the Clerk of this Court under seal, so as not to become matters of public record in this Court, until Defendant's initial appearance or further order of the Court.

Suzanne Mitchell
United States Magistrate Judge