# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. MJ-24-760-SM |
| ) | |
| **NASIR AHMAD TAWHEDI,** ) | |
| ) | |
| **Defendant.** ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for the Defendant, Nasir Ahmad Tawhedi.

    I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

    Dated this 8th day of October, 2024

Respectfully submitted,

s/ Craig M. Hoehns
Craig M. Hoehns

Criminal Cases Only:

[X] CJA Appointment

Bar Number: 21700
Attorney for Nasir Ahmad Tawhedi
Hoehns Law Office, PLLC
5600 N. May Ave., Suite 310
Oklahoma City, OK 73112
Telephone: (405) 500-2125
Fax: (405) 543-1354
craig.hoehns@hoehnslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

s/ Craig M. Hoehns
Craig M. Hoehns
