# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA<br><br>vs.<br><br>NASIR AHMAD TAWHEDI | NOTICE OF HEARING<br><br>CASE NO. M-24-760-SM |
|---|---|

**IN CUSTODY:** USMS #
**Interpreter:** Dari

TYPE OF CASE:
☐ CIVIL   ☒ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | **Courtroom No. 304** |
| | DATE AND TIME: |
| | **Thursday, October 17, 2024, at 9:00 a.m.** |
| TYPE OF PROCEEDING:<br><br>**PRELIMINARY / DETENTION** | |

**TAKE NOTICE** that a proceeding in this case has been *rescheduled* as set forth below:

| PLACE: | DATE AND TIME PREVIOUSLY SCHEDULED: | RESCHEDULED DATE AND TIME: |
|---|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | | |

 

                                                    **SUZANNE MITCHELL**
                                                    U.S. MAGISTRATE JUDGE

**October 9, 2024**                                                **s/Lesa Boles**
Date                                                                              (By) Deputy Clerk