# CRIMINAL COURTROOM MINUTE SHEET
## PRELIMINARY / DETENTION HEARING

**DATE:** Oct 17, 2024

**CASE:** M-24-760-SM

**Start Time:** 9:01    **End Time:** 10:06

**COURTROOM:** 401

**MAGISTRATE JUDGE SUZANNE MITCHELL**    **COURTROOM DEPUTY ANDREA CASTER**

**UNITED STATES OF AMERICA vs. Nasir Ahmad Tawhedi**

Defendant States true and correct name as: same    **AGE:**

**Government Cnsl: Matt Dillon, Jessica Perry**    **Defendant Cnsl: Craig Hoehns**

**U.S. Probation Officer: Candice Jones**    Court Appointed

☒ Defendant Appears, custody of U.S. Marshal with Counsel    **Interpreter:** Jawaid Samadey

☐ Defendant advised of his / her right of consular notification,

☐ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☒ Parties announce ready.    ☒ Parties provided with a written Pretrial Services Report.

### PRELIMINARY HEARING

☐ Preliminary hearing waived. Waiver entered.

☒ Government introduces evidence with testimony of ___1___ witness(es) and rests.    WITNESSES

☐ Defendant introduces evidence with testimony of _____ witness(es) and rests.    1. Derrick Wiley-FBI

☐ Government ☐ Defendant rest(s) without introducing evidence.    2. _____

☐ Government ☐ Defendant proffer(s) evidence and rests.    3. _____

    ☒ The Court finds probable cause that an offense has been committed and that the defendant committed it. Defendant to be held for further proceedings in the District Court.

    ☐ The Court does not find probable cause that an offense has been committed. Defendant released.

### DETENTION HEARING

☐ Government and Defendant make opening statement.

☐ Government withdraws request for detention and recommends defendant be released on bond with conditions per release Order.

☐ Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should dft's circumstances change. Defendant remanded to custody of U.S. Marshal.

    ☐ Government introduces evidence with testimony of _____ witness(es) and rests.

    ☐ Defendant introduces evidence with testimony of _____ witness(es) and rests.

    ☒ Government ☐ Defendant offer(s) no further evidence other than that presented for the Preliminary hearing.

    ☐ Government ☐ Defendant rest(s) without introducing evidence.

    ☐ Government ☒ Defendant proffer(s) evidence and rests.

    ☒ Government ☒ Defendant make(s) closing statements.

## The Court Orders:

☐ The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.

☒ Defendant detained pending trial; Detention Order to be entered. Defendant remanded to custody of U.S. Marshal.

☐ Unsecured Bond set at _____ with conditions per Release Order.

☐ Defendant remanded to the custody of U.S. Marshal pending execution of bond.

☐ Defendant remanded to the custody of U.S. Marshal.

Court Reporter Emily Cripe. Government informs court that defendant's parole status has been revoked.